UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PABLO FERNANDEZ,              :

        Petitioner,     :        00 Civ. 7601 (KMW) (AJP)

        -against-       :        **ORDER**

CHRISTOPHER ARTUZ, et al.,    :

        Respondents.    :

------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Since it appears likely that this case will remain stayed for four or more months while awaiting action in the state courts, the case will be transferred to the Court's suspense docket.

The Clerk of Court shall place this case on the suspense docket.

SO ORDERED.

Dated:   New York, New York
         February 1, 2008

                                  Andrew J. Peck
                                  United States Magistrate Judge

Copies **by fax & ECF** to:   Daniel J. Beller, Esq.
                              Carmen K. Cheung, Esq.
                              Morrie I. Kleinbart, Esq.
                              Nicole Beder, Esq.
                              Chief Judge Kimba M. Wood

C:\OPIN\